## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| KAY N. ENSOR,<br><br>      Plaintiff,<br><br>vs.<br><br>BIOMET ORTHOPEDICS, LLC, BIOMET, INC., BIOMET MANUFACTURING CORP., and BIOMET U.S. RECONSTRUCTION, LLC,<br><br>      Defendants. | CASE NO. 3:19-cv-00312-MK |

### ORDER OF DISMISSAL OF DEFENDANTS *WITH* PREJUDICE

THIS CAUSE came before the Court upon the Stipulation for Dismissal of Defendants *with* Prejudice by and between the Plaintiff, Kay N. Ensor ("Plaintiff"), and defendants, Biomet Orthopedics, LLC, Biomet, Inc., Biomet Manufacturing Corp. and Biomet U.S. Reconstruction LLC ("Defendants"), and the Court having reviewed the Stipulation for Dismissal of Defendants *with* Prejudice, having reviewed the court file, and being otherwise fully advised in the premises, it is hereby:

US.124391682.01

**ORDERED** AND **ADJUDGED** that:

This case is hereby **DISMISSED** *WITH* **PREJUDICE** as to Defendants. Plaintiff and Defendants shall each bear his/its own respective costs and attorneys' fees incurred in connection with this action.

**DONE AND ORDERED** in Chambers this <u>30TH</u> day of <u>APRIL</u> 2020.

<u>s/ Mustafa T. Kasubhai</u>
UNITED STATES MAGISTRATE JUDGE

Confirmed copies to:
All counsel of record

US.124391682.01